Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KENNETH G. POMEORY, )<br>)<br>Defendant. )<br>)<br>_____ ) | CASE: 6:12-mj-00076-MJS<br><br>STIPULATION TO VACATE<br>TRIAL DATE AND ORDER<br>THEREON<br><br>Court: U.S. Magistrate<br>Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, Acting Legal Officer for the National Park Serive, and the Defendant, Kenneth Pomeroy, that the Bench Trial currently set for January 9, 2013 in the above-captioned matter be vacated. The parties have reached an alternative resolution. .

Dated: January 3, 2013          By: /s/ Matthew McNease
                                    Matthew McNease
                                    Legal Intern
                                    Yosemite National Park


Dated: January 13, 2013         By: /s/ Andras Farkas
                                    Andras Farkas
                                    Attorney for Defendant
                                    Kenneth Pomeroy

\*\*\* ORDER \*\*\*

The Court, having reviewed the above request to vacate the Trial Date, now set for January 9, 2013, HEREBY ORDERS AS FOLLOWS:

The Trial set for January 9, 2013, at 1:00 p.m. in case number 6:12-mj-076-MJS, *United States of America vs. Kenneth Pomeroy*, is vacated.

IT IS SO ORDERED.

Dated:   January 4, 2013          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE