Susan St. .Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Number: 6:12-mj-76-MJS |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS; |
|  | ) | AND ORDER THEREON |
| v. | ) |  |
| Kenneth Pomeroy, | ) |  |
| Defendant. | ) |  |

Defendant was cited on July 5, 2012, for possession of another's property, and arrested on August 1, 2012 for trespassing.  Defendant made an initial appearance on November 16, 2012.  Andras Farkas was appointed as Defense counsel. The Government and Defense counsel has come to an agreement whereby Defendant will receive a bailable citation, therefore, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: January 3, 2013                    NATIONAL PARK SERVICE


   /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor,

IT IS HEREBY ORDERED that the case *United States of America v. Pomeroy*, 6:12-cr-0076-MJS, be and hereby is dismissed, without prejudice.

IT IS SO ORDERED.

Dated: January 4, 2013        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE